IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**,<br><br>v.<br><br>CARLOS M. PEREZ-ACOSTA<br>**Defendant(s).** | Case No. 3:22-cr-0026-1 (FAB) |

### ORDER

The Report and Recommendation filed on January 28, 2022, ECF No. 7 on defendant's Rule 11 proceeding held before Magistrate Judge Giselle Lopez-Soler on January 25, 2022, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the information. Accordingly, the guilty plea of defendant is accepted. This case was referred to the Probation Office for preparation of a Presentence Investigation Report on January 25, 2022.

**Sentencing hearing remains set for April 29, 2022 at 9:45 a.m. to be held at the Old San Juan Courthouse. Presentence report shall be filed at least 35 days before sentencing date.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, February 15, 2022.

                                              s/Francisco A. Besosa
                                              FRANCISCO A. BESOSA
                                              United States District Judge