## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
*Plaintiff,*

v.

**CARLOS MANUEL PÉREZ-ACOSTA,**
*Defendant.*

**Crim. Case No. 22-026 (FAB)**

### MR. PÉREZ'S SENTENCING MEMORANDUM

TO THE HONORABLE FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

Carlos Manuel Pérez-Acosta, represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, respectfully states and submits this sentencing memorandum in support of a sentence of time served. The government does not oppose this request. Our reasoning follows:

### INTRODUCTION

Carlos Pérez, a Dominican citizen, stands convicted of having shown a false document as evidence that he was authorized to be in the United States. The sentencing hearing is scheduled to take place before this Honorable Court on April 29, 2022. Mr. Pérez has no prior convictions.

Probation has calculated his Guideline Sentencing Range (GSR) at zero to six months. Of that time, Carlos has already been incarcerated for over four months, i.e., since his arrest on November 25, 2021.

Carlos is a hard-working mechanic who has a humble auto-body shop in his hometown of Cotuí, Dominican Republic. He is also the caring father of a four-year-old boy, who Carlos financially supports. Carlos also supports his parents, who are unable to work due to disabling medical conditions. It was Carlos's desire to support his family more fully that led him, in November of last year, to come to the United States without first obtaining authorization.

Mr. Pérez has had sufficient time in jail to think through his actions. He accepts responsibility and recognizes that what he did was wrong and foolish. He has learned his lesson the hard way and has plans to restart his life in his country once he returns.

Defense counsel had had multiple conversations with the AUSA assigned to this case, who agrees that a sentence of time served is appropriate. To assist the Court in exercising its discretion, the defense now offers the following mitigation regarding Mr. Pérez's history and characteristics.

## DISCUSSION

### A. Mr. Pérez's circumstances support a sentence of time served.

### 1. Mr. Pérez grew up destitute.

Carlos was born in Cotuí, Dominican Republic, and comes from a poor family. His father was a garbage-truck driver. His mother cleaned houses. Carlos was one of four siblings.

The house in which he grew up had no running water. Growing up, it was not uncommon for there to be only one meal a day. There was not enough food in the house. Sometimes, there was simply no food for the household of six and Carlos would go to bed on an empty stomach.

Carlos's parents did not enroll him in school. Although his is a united and loving family, Carlos's parents, who are illiterate, did not consider education a priority and so Carlos never learned to read or write.

### 2. Mr. Pérez has stayed out of trouble and, through hard work, has run a car-repair shop in his town.



Carlos started working when he was 12 years old. He needed to earn money to help the household. He began working with a neighbor who had a small auto body shop. This neighbor taught him the trade of being an auto body technician. Carlos remained under his wing for many years.

Carlos is a talented and skilled auto body technician. Clients were very satisfied with his work, and he became known in his neighborhood as a great *hojalatero*.

*A picture of Carlos' auto body shop in Cotuí. The shop is called Taller Bunba, which is the nickname (Bunba) that Carlos' family gave him when he was a child.*

When Carlos was around 25, he left the neighbor's shop and joined a shop that his brother, Brunildo (also an auto body technician), had recently opened. Carlos felt a sense of responsibility to help his brother.

A few years later, Brunildo left the country and Carlos remained in charge of the shop. Slowly, by way of his skills and his responsible work ethic, the shop got more customers. Carlos had to hire two employees. In 2020, Brunildo returned and Carlos, without thinking it twice, opened a space for him. Although

the business had grown under his sole leadership, Carlos is above all a family man and knew that he had to help his brother.

### 3. Mr. Pérez supports and keeps a close relationship with his son.

Carlos has a four-year-old son, Imanuel. Carlos takes his responsibility as a parent seriously and dutifully pays child support. He also sees Imanuel, who lives with his maternal grandparents, every day.

Carlos has had only one meaningful relationship in his life. This was with Imanuel's mother, Sherlina Jiménez. They were together for almost ten years. Eventually, the relationship turned sour because Sherlina was very jealous of Carlos, even though Carlos was not dating anyone else.



In 2020, Carlos ended the relationship and moved in with his parents. Due to Sherlina's instability, Imanuel had to come live with Sherlina's parents.

Carlos, as indicated, would go almost daily to Sherlina's parents house to visit his son. He would bring food, clothes, and anything else the child needed. He would also pay child support monthly to cover his son's needs.

*Carlos with his four-year-old son, Imanuel, whom he dutifully supports.*

### 4. Mr. Pérez takes care of his parents and his niece.

Meanwhile, Carlos was also helping out his parents. Carlos's father had to retire from work because he has glaucoma and is almost blind. Carlos's mother also does not work because she suffers from arthritis. Carlos took it upon himself to help his parents. Not only by financially supporting them but also by making sure that their



*Carlos (middle row, first from the left) comes from a humble but united family. He supports his parents (top row), who cannot work due to medical conditions.*

needs were covered — for example, by taking them to their medical appointments or making sure that someone else was available to take them.

Carlos also supported his niece, Richani, who lives with Carlos's parents. He was also helping Richani's mother, Alba Iris (Carlos's sister), who is unemployed.

### B. Mr. Pérez has plans and will not again attempt to reenter the United States illegally.

Carlos hoped to earn a higher salary in the U.S. so he could better help his family. This led Carlos to the rushed decision of boarding a yawl and crossing the Mona Passage to come to Puerto Rico.

Carlos planned to join a friend in New Jersey who works there as an auto body technician. Carlos visualized working hard for a few years, saving money, and buying a plot of land in his hometown. One parcel of land would be for his son; to build him a house. The other would be the land where his shop is located, so he no longer would have to rent the space.

This plan came down like a house of cards. After surviving the journey across the Mona Passage, he came in contact in Puerto Rico with a person who sold him documents that he used to attempt to board a plane to New Jersey. At the airport, the agents immediately realized the documents were not authentic. He was detained on the spot. Carlos was compliant and told the truth.

Carlos has no prior criminal history. He is accustomed to working from sunrise to sunset in his shop. Jail is a foreign environment to him. Adapting to it has not been easy. Talking with his family over the phone, and the hope of seeing them again soon, helps him get through each day.

He has had plenty of time in jail to think about his rash decision to come to the U.S. illegally, which has cost him his liberty and has brought significant suffering to his family. He has learned a very clear lesson: no money in the world is worth risking his life and losing his liberty.

Carlos's wish is to return to his native country as soon as possible. Upon his return, he will work on his business with renewed energy. Carlos's story is that of the old saying "you don't know what you have until it's too late." Carlos has been on the brink of losing that for which he has worked so hard and that he treasures the most: his son, his family, and his business.

Fortunately for him, it is still not too late to make up for lost time. His family awaits him with open arms and his brother, Brunildo, has made sure that the auto body shop remains open. Carlos realizes that in in his hometown, although it may not be a lot, he has everything he needs to be happy. He has learned that much because of this difficult experience.

## CONCLUSION

Carlos does not present a danger to the community. He has no prior criminal history. Of a zero-to-six months GSR, he has already served over four months. The Government agrees that a sentence of time served is appropriate.

Carlos made a mistake, but he has learned his lesson the hard way. All he wants now is to return to his country. He will work in his auto shop and he will dedicate himself to raising his child, whom he loves. This difficult experience and the months that he has been behind bars have opened his eyes. He is not coming back.

**WHEREFORE**, Mr. Pérez respectfully asks that this Honorable Court sentence him to the time he has already served.

I HEREBY CERTIFY that on this date I electronically filed the present Sentencing Memorandum with the Clerk of Court using the CM/ECF system which will notify the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 8th day of April 2022.

**ERIC ALEXANDER VOS**
Federal Public Defender
District of Puerto Rico

***S/José David Rodríguez***
José David Rodríguez
Research & Writing Specialist
USDC-PR 308306
241 F.D. Roosevelt Ave.
San Juan, P.R. 00918-2441
(787) 474-6378
Jose_Rodriguez@fd.org